Emma D. Wiebalk, as Administratrix, etc., of Claus H. Wiebalk, Deceased, Appellant, v. The City of New York, Respondent.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Moses Altman, Appellant, v. S. Liebmann's Sons Brewing Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Woodward, J., dissented.

Continental Securities Company and Clarence H. Venner, Stockholders in the Interborough Rapid Transit Company, etc., Appellants, v. August Belmont and Others, Respondents, Impleaded with the Interborough Rapid Transit Company, Defendant.— Order changing place of trial reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that it is the settled policy of this department not to change the place of trial to New York county from an adjacent county for the mere convenience of witnesses. Jenks, P. J., Hirschberg, Burr and Carr, JJ., concurred; Thomas, J., dissented.

Patrick Faren, Appellant, v. Andrew Schablowsky, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that if the defendant be liable, the verdict of the jury was inadequate. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Charles H. Hall, Appellant, v. Ann S. Fox and Thomas Fox, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

John W. Place, Respondent, v. Walter E. Andrews, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

Hildegard Winblad, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.